**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

**v.**                                                    **Case No: 6:25-cr-350-PGB-RMN**

**MARK LOFTIS,**

      **Defendant.**

_____/

## ORDER

This cause is before the Court on the Amended Joint Motion to Allow Certain Electronic Devices into the United States Courthouse (Doc. 78). Upon consideration, the Motion is **GRANTED IN PART and DENIED IN PART**.

The Court hereby **GRANTS** the Motion as to the following individuals and approved devices:

| | |
|---|---|
| Bill Staunton | Laptop computer, two cell phones, electronic tablet |
| Mohamad Baltaji | Laptop computer, two cell phones |
| Simon Hall | Laptop computer, two cell phones |
| Matthew McClarnon | Laptop computer, two cell phones |
| Arthur Henderson | Cell phone |
| Barbara McCluster | Cell phone |
| Charles Kasbee | Cell phone |
| Charles Schwartz | Cell phone |

| Christopher Ciani | Cell phone |
|---|---|
| Daniel Coney | Cell phone |
| David Crowder | Cell phone |
| Dustin York | Cell phone |
| Eric Tracy | Cell phone |
| Joshua Lowther | Cell phone |
| Keith Parker | Cell phone |
| Kendra Pitts | Cell phone |
| Kristina Shaw | Cell phone |
| Matthew Agnew | Cell phone |
| Michael Silverman | Cell phone |
| Nicole McCluster | Cell phone |
| Patrick Schwedler | Cell phone |
| Dr. Phil Colmenares | Cell phone |
| Richard Rice | Cell phone |
| Samantha Mahnke | Cell phone |
| Sara Bryson | Cell phone |
| Sargon Audisho | Cell phone |
| Vince Carter | Cell phone |
| William Balsamo | Cell phone |
| William Novack | Cell phone |

| Zeeshan Hayat | Cell phone |
| --- | --- |

All cell phones are to be kept on silent mode and may not be used in the Courtroom.

All parties listed within this Order shall present a copy of this Order to courthouse security each time they enter into the courthouse with their electronic equipment. At their discretion, courthouse security personnel may require the parties to present photographic identification at the time of entry. The equipment specified above constitutes the only equipment permitted by this Order and each device listed herein is subject to inspection at any time by courthouse security personnel. **This Order shall be effective only during the trial scheduled to begin Monday, July 6, 2026.**

The Motion is **DENIED** in all other aspects.

**DONE AND ORDERED** in Orlando, Florida on July 2, 2026

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

3