# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CLERK'S MINUTES
**Sentencing Hearing**

**Case Number: 6:25-cr-350-PGB-RMN**

---

**UNITED STATES OF AMERICA**

**Plaintiff,**

**v.**

**Mark Loftis**

**Defendant.**

**Government's Counsel: Catherine Wagner, Raymond Beckering, III**

**Defense Counsel: Andrew Searle**

| | | | |
|---|---|---|---|
| Judge: | **Paul G. Byron** | Court Reporter | Nikki Peters<br>courttransciprts@outlook.com |
| Deputy Clerk: | Kathleen McKinnie | Interpreter: | None |
| Date: | October 7, 2026 | Time: | 10:04 AM – 12:24 PM<br>12:36 PM – 12:54 PM<br>2 hours, 38 minutes |

Case called. Appearances taken. Defendant sworn.

Crystal Loftis gave an unsworn statement.

Lane Loftis gave an unsworn statement.

Pauline Loftis gave an unsworn statement.

Bailey Loftis gave an unsworn statement.

Randy Willingham gave an unsworn statement.

Defendant is adjudged guilty to Count One of the Indictment.

**IMPRISONMENT:** 168 months.

**SUPERVISED RELEASE:** 3 years.

The mandatory drug testing requirements are imposed.

**SPECIAL CONDITIONS OF SUPERVISED RELEASE**

- Mental Health Treatment
- No new credit charges
  Drug Aftercare
  Collection of DNA

**FORFEITURE:** Defendant shall forfeit to the United States those assets previously identified in the Order of Forfeiture (Doc. 149), that are subject to forfeiture.

**RESTITUTION**: $7,993,615.78 to Medicare, $58,828.26 to Tricare, $8,193.27 to CHAMPVA. Interest is waived on the restitution. The restitution will be joint and several with: USA v Hayat, 8:22-cr-352 in the amount of $41,015.00; USA v Hayat, 8:22-cr-351, in the amount of $41,015.00; and USA v Chow, 8:22-cr-425, in the amount of $35,000.

**FINE:** Waived

**SPECIAL ASSESSMENT:** $100.00, due immediately.

Plea Agreement is accepted.

The defendant is remanded to the custody of the United States Marshal. The Court recommends the defendant be placed at El Reno FCI or as close to Drumright, Oklahoma as possible. The Court also recommends that the defendant participate in the RDAP program.

Defendant advised of right to appeal.

Court adjourned.